```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     -against-<br><br>ROBERTO RAMIREZ,<br>          Defendant. | No. 17-CR-123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

   The Court is in receipt of Mr. Ramirez's motion requesting a recommendation to the Bureau of Prisons for home confinement. (Dkt. no. 833.)  The Government shall respond to Mr. Ramirez's motion by October 19, and Mr. Ramirez may file a reply by November 2.  The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Ramirez.

SO ORDERED.

Dated:   September 18, 2020
         New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.